OVER THE COUNTER   FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA   2016 NOV -7  AM 10: 00
HAMMOND DIVISION AT LAFAYETTE

CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT

IN RE:) CASE NO. __12-13153-REG

RANDALL BRIAN STILES) CHAPTER 7
Debtor(s).

NOTICE OF CHANGE OF ADDRESS OF ~~DEBTOR~~ *Creditor*(S)

Comes now Creditor Carey Stiles-Gillenwater, pro se, and advises the court of her change of address, being:

**Carey Stiles-Gillenwater**
**4771 Blum Drive**
**Fort Wayne, IN 46835**

Dated: October 31, 2016

Carey J. Stiles-Gillenwater
4771 Blum Drive
Fort Wayne, IN 46835
(260)-312-8749
Careydavis1@gmail.com

DATE: 10/29/2016

BY: *[signature] Carey Stiles-Gillenwater*